# EXHIBIT B

| '725 Patent Claim Language | Digital Cinema Distirbution Coalition ("DCDC") |
|---|---|
| 1p.   A method of marketing and distributing multimedia, the method comprising: | DCDC was formed by AMC Theaters, Cinemark Theaters, Regal Entertainment Group, Universal Pictures and Warner Bros. Entertainment to provide the industry with theatrical digital delivery services across North America through a specially created network comprised of next-generation satellite and terrestrial distribution technologies. (Ex. C at 1.) |
| 1a.  receiving, by a server, multimedia material and advertising material from a producer or owner of said multimedia material, said advertising material being associated with said multimedia material, said advertising material comprising audio and video components; | DCDC is a state-of-the-art distribution platform capable of bringing a wide range of content from both Hollywood Studios as well as independent distributors plus pre-show advertising and event cinema content with unprecedented ease, affordability and quality. (Ex. D at 1-2.) Such Hollywood Studios include AMC Theaters, Cinemark Theaters, Regal Entertainment Group, Universal Pictures and Warner Bros. Entertainment. (Ex. C. at 1.)<br><br>A DCP of the film is delivered to DCDC's ingest point in Deluxe in Burbank where it is ingested and QC'd by highly qualified personnel in secure, state-of-the-art conditions. (Ex. D at 2.)<br><br>"DCP" refers to a "Digital Cinema Package," which comprises multimedia material like movies and advertising materials for such movies. (Ex. F.)<br><br>The network has rapidly expanded across the U.S. to include over 560 Exhibitors and over 60 Content Providers. DCDC's network, which has seen record growth since its inception, covers over 3,100 sites and 33,300 screens. (Ex. E at 2.) |

| '725 Patent Claim Language | Digital Cinema Distirbution Coalition ("DCDC") |
|---|---|
| 1b. storing said multimedia material and associated advertising material on a computer readable storage medium as correlated information in digital format; | The content then travels via fiberoptic cable to DCDC's uplink in Gilbert, Arizona where it is once again reviewed to ensure it meets the necessary standards to be delivered safely and effectively. (Ex. D at 2.)<br><br>Upon information and belief, the transmitted content consists of the previously-uploaded DCP. Upon information and belief, the DCP comprises correlated information. |
| 1c. providing a server system accessible over a communication network, said server system accessing said correlated information in a digital format from said computer readable storage medium for transfer of said correlated information in a digital format over said communication network to potential purchasers; | From the uplink center, the content is beamed to DCDC's full time transponder on EchoStar 105, with coverage of the 50 U.S. states and expanded reach to the Gulf of Mexico and the Caribbean. (Ex. D at 3.) From there, the content is transmitted to individual cinema locations across North America. (*Id*.) The digital assets are then captured by our proprietary DCDC catch server at each satellite enabled location. (*Id*.)<br><br>Upon information and belief, the transmitted content consists of the previously-uploaded DCP. Upon information and belief, the DCP comprises correlated information. |
| 1d. providing samples of said correlated information in a digital format from said server system over said communication network to said potential purchasers, said purchasers being linked to the server system through said communication network; | DCDC's network provides samples of content from the previously-uploaded DCP via DCDC's so-called Customer Portal. (Ex. D at 4-5.)<br><br>Upon information and belief, the DCP comprises correlated information. |
| 1e. downloading to said purchasers, upon request of said purchasers, over said communication network, said correlated | As soon as a theater site has been booked for the transmitted feature, the content becomes available for ingestion into the local theater management server. (Ex. D at 3-4.) |

| '725 Patent Claim Language | Digital Cinema Distirbution Coalition ("DCDC") |
|---|---|
| information in a digital format corresponding to said multimedia material from said server system, said purchasers storing downloaded correlated information in a digital format corresponding to said multimedia material; and | Upon information and belief, the transmitted content consists of the previously-uploaded DCP.<br><br>The network has rapidly expanded across the U.S. to include over 560 Exhibitors and over 60 Content Providers. DCDC's network, which has seen record growth since its inception, covers over 3,100 sites and 33,300 screens. (Ex. E at 2.)<br><br>Upon information and belief, the transmitted content consists of the previously-uploaded DCP. Upon information and belief, the DCP comprises correlated information. |
| 1f. providing said correlated information in a digital format corresponding to said advertising material that is associated with said multimedia material to said purchasers from said server system over said communication network, allowing purchasers to locally market and sell said multimedia material, said purchasers downloading said correlated information in a digital format corresponding to said advertising material that is associated with said multimedia material, said purchasers storing the downloaded correlated information in a digital format | The content can then be transferred to its assigned playback auditorium to be enjoyed on the big screen. (Ex. D at 2.)<br><br>Upon information and belief, the transmitted content consists of the previously-uploaded DCP.<br><br>The network has rapidly expanded across the U.S. to include over 560 Exhibitors and over 60 Content Providers. DCDC's network, which has seen record growth since its inception, covers over 3,100 sites and 33,300 screens. (Ex. E at 2.)<br><br>Upon information and belief, the transmitted content consists of the previously-uploaded DCP. Upon information and belief, the DCP comprises correlated information. |

| '725 Patent Claim Language | Digital Cinema Distirbution Coalition ("DCDC") |
|---|---|
| corresponding to said advertising material; and | |
| 1g. wherein said purchaser is an exhibitor exhibiting said multimedia material, after deriving said multimedia material from said stored correlated information in a digital format corresponding to said multimedia material, in a public theater to a number of individuals in exchange for a paid admission or a broadcast exhibitor, said advertising material, after deriving of said advertising material from said correlated information in a digital format corresponding to said stored associated advertising material, being shown to the public at a time or in a place different from the time or place at which said associated multimedia material is displayed. | The content can then be transferred to its assigned playback auditorium to be enjoyed on the big screen. (Ex. D. at 4.)  Upon information and belief, the transmitted content consists of the previously-uploaded DCP.  The network has rapidly expanded across the U.S. to include over 560 Exhibitors and over 60 Content Providers. DCDC's network, which has seen record growth since its inception, covers over 3,100 sites and 33,300 screens. (Ex. E.) |