# EXHIBIT C



# WHO WE ARE



DCDC was formed by AMC Theatres, Cinemark Theatres, Regal Entertainment Group, Universal Pictures and Warner Bros. Entertainment to provide the industry with theatrical digital delivery services across North America through a specially created network comprised of next-generation satellite and terrestrial distribution technologies. It is capable of supporting feature, promotional, pre-show and live content distribution into theatres.

The Network is designed to ensure audiences have the highest-quality entertainment experience, while exhibitors and content providers achieve a continuing strategic, secure and cost-effective distribution model that will stand the test of time. As digital electronic distribution replaces the use of other forms of more traditional content distribution, users of the DCDC Network will always have access to a host of delivery options and resources.

LEARN MORE ABOUT OUR FOUNDERS

# OUR REACH

DCDC launched on October 1, 2013 and has witnessed a record growth in its customer base to over 420 Exhibitors and over 55 Content Providers. DCDC continues to grow and has now surpassed 3,000 sites and 33,100 screens in the United States. DCDC is owned by both exhibitors and distributors making it the only company of its kind in the world. The continued support of top exhibitors and Hollywood studios and DCDC's not-for-profit structure ensures the company will continue to provide value to the industry.

## 0+
Content Providers

## 0+
Exhibitor Sites

## 0+
Screens

# OUR TEAM



**Howard Kiedaisch**

CEO

Learn More →



**Emily Ng**

CFO

Learn More →



**Nick Mitchell**

CTO

Learn More →



**Darla Guenther**

Senior Vice President, Operations

Learn More →



**Maya Polimac**

Director, Operations Exhibition

Learn More →



**Sharon McGough**

Director, Operations Distribution

Learn More →



**Rachel Bristol**

Manager, Operations & Special Projects

Learn More →



**Kathleen Barry**

Financial Controller

Learn More →





## Mary Ibrahim
**Accountant II**

Learn More →

## Samuel Ramos
**FP&A Manager**

Learn More →

---



[LinkedIn icon]

### CONTACT US

Phone: 310-651-2600

Fax: 310-651-2601

E-mail: info@dcdcnetwork.com

11726 San Vicente Blvd. Ste. 660
Los Angeles, CA 90049

### DCDC CINEMA

WHO WE ARE →

WHAT WE DO →

NEWS →

CONTACT →

ONLINE PAYMENTS →

### CUSTOMER PORTAL

Log in to our customer portal to view the latest available titles, upcoming availability, and account details.

**LOG IN**

---

Copyright 2022 | Website Design and Development by Emma Tang Designs | Terms of Use | Privacy Policy