# EXHIBIT D





# WHAT WE DO

DCDC is responsible for revolutionizing the delivery of movies to theaters across the country, moving the industry standard away from physical hard drive to encrypted digital files delivered via satellite. The DCDC Network has successfully delivered millions of feature films, events, trailers and special content to theaters across the country.

## HOW IT WORKS

DCDC is a state-of-the-art distribution platform capable of bringing a wide range of film content from both Hollywood Studios as well as independent distributors plus pre-show

January 3

advertising and event cinema content with unprecedented ease, affordability and quality.



January 3

A DCP of the film is delivered to DCDC's ingest point in Deluxe in Burbank where it is ingested and QC'd by highly qualified personnel in secure, state-of-the-art conditions.



The content then travels via fiberoptic cable to DCDC's uplink in Gilbert, Arizona where it is once again reviewed to ensure it meets the necessary standards to be delivered safely and effectively.

January 3



**January 3**

From the uplink center, the content is beamed to DCDC's full time transponder on EchoStar 105, with coverage of the 50 U.S. states and expanded reach to the Gulf of Mexico and the Caribbean.

From there, the content is transmitted to individual cinema locations across North America.



**January 3**

**January 3**

The digital assets are then captured by our proprietary DCDC catch server at each satellite enabled location.



As soon as a theater site has been booked for the transmitted feature, the content becomes available for ingestion

**January 3**

into the local theater management server.



January 3

The content can then be transferred to its assigned playback auditorium to be enjoyed on the big screen.

# WHY CHOOSE DCDC


**LARGEST SELECTION**


**NO EXTRA FEES**


**MAXIMUM UPTIME**


**CUSTOMER PORTAL**

DCDC is trusted to deliver content on behalf of more than 55 content provider customers including all major studios, independent and event companies.

Pay only for the content you show. No membership, licensing or monthly fees. Plus, no installation charges or equipment costs.

DCDC owns and maintains all equipment at the theatre site and provides hard drive remediation if necessary.

Easy-to-use digital portal to check title availability, access account details, and more. Plus 24/7 customer call center.

**READY TO EXPERIENCE A BETTER DIGITAL DELIVERY EXPERIENCE?**

## CONTACT US

Phone: 310-651-2600

Fax: 310-651-2601

E-mail: info@dcdcnetwork.com

11726 San Vicente Blvd. Ste. 660
Los Angeles, CA 90049

## DCDC CINEMA

WHO WE ARE →

WHAT WE DO →

NEWS →

CONTACT →

ONLINE PAYMENTS →

## CUSTOMER PORTAL

Log in to our customer portal to view the latest available titles, upcoming availability, and account details.

**LOG IN**

Copyright 2022 | Website Design and Development by Emma Tang Designs | Terms of Use | Privacy Policy