# EXHIBIT E




# DCDC Has Record-Breaking Year in 2023, Highlighting 10th Anniversary

**February 13, 2024 (Los Angeles, CA)**

DCDC is proud to announce that 2023 was its highest performing year ever with 410,000 feature and event files, representing nearly 100 million gigabytes of data delivered to in-network theaters. This volume far exceeds pre-pandemic levels from 2019 and is truly remarkable given the reduced number of wide releases in 2023, which DCDC more than made up for by increasing delivery of independent film releases by a whopping 87%.

The pioneering North American theatrical content distribution company celebrated their 10th anniversary in 2023. The entity, founded by both Exhibition and Distribution has over 3,125 sites representing more than 33,300 screens across the U.S. with more sites scheduled to be installed in 2024.

Additionally, DCDC more than doubled its number of "event" releases including 42 live presentations in 2023 with titles like *Metallica M72 World Tour*, Q&A panels, many *UFC* and *AEW* events, College Football Playoffs and more! DCDC reached a new milestone as their live theatrical footprint surpassed 1,195 sites an increase of 146% since 2019 and continues to expand.

Howard Kiedaisch, CEO of DCDC, commented, "Being an industry owned coalition, we need to thank all our partners on the content and exhibition side for their support. It is gratifying to help the market by enabling more players in the industry to take advantage of our not-for-profit model. We will continue to expand our services while looking to drive down prices even further."

In the last ten years, since its launch in October 2013, the DCDC satellite delivery network has grown remarkably in sites, content providers, vendor partners, and types of programming. We are now filling in many locations via a growing terrestrial footprint as well.

**About Digital Cinema Distribution Coalition:**

For more information, visit www.dcdcdistribution.com Formed by AMC Theatres, Cinemark Theatres, Regal Entertainment Group, Universal Pictures, and Warner Bros. Discovery, DCDC revolutionized the industry with its digital delivery services. The network has rapidly expanded across the U.S. to include over 560 Exhibitors and over 60 Content Providers. DCDC's network, which has seen record growth since its inception, covers over 3,100 sites and 33,300 screens. The company's commitment to a non-profit model and its unique position, owned by both exhibitors and distributors, ensure that DCDC will continue to offer unparalleled value and service to the industry for years to come.



**CONTACT US**

Phone: 310-651-2600
Fax: 310-651-2601

E-mail: info@dcdcnetwork.com

11726 San Vicente Blvd. Ste. 660
Los Angeles, CA 90049

**DCDC CINEMA**

WHO WE ARE →

WHAT WE DO →

NEWS →

CONTACT →

ONLINE PAYMENTS →

**CUSTOMER PORTAL**

Log in to our customer portal to view the latest available titles, upcoming availability, and account details.

LOG IN

Copyright 2022 | Website Design and Development by Emma Tang Designs | Terms of Use | Privacy Policy