# EXHIBIT F



DISHING IT OUT
The author and DCDC's CTO, Nick Marshall (right), by their uplink facility in Gilbert, AZ, in March

9/20/24, 1:33 PM    Case 1:24-cv-01321-UNA    Document 1-6    Filed 12/06/24    Page 3 of 7 PageID #: 51
Screentrade Late Summer September 2023

TRADE

# CONTENT
# Delivery

For quite over a decade now, content – amid all of its variously evolving forms – has, as we know, long-since replaced mainstream execution via cumbersome film-reels. It's now ingestion via digital means, chiefly by satellite and broadband download, and with only residually-waning quantities today by hard-drive back-up where gaps and shortcomings still exist. Of course, by definition, and along with all things digital, content-delivery refuses to stand still and, as we cruise through 2023 and beyond, it is only natural to want to study the state-of-play while determining just how content-delivery methods are likely to progress.

**D-CONTENT'S INCEPTION**

A pertinent question with which to open might be to ask exactly when D-Cinema content-delivery started and, for that matter, who had initiated it? Its inception kicked-off back in the late '90s with the first widely-recognized digital release being *Star Wars Episode I: The Phantom Menace* on May 16th, 1999. The pioneers of early delivery systems, many will recall, had been aerospace manufacturing giant Boeing who'd championed what was, at that time, a revolutionary satellite-based delivery system. However, their proposed solution, whilst in itself ground-breaking, had fallen short of gaining the necessary traction to become the industry standard.

The true catalyst for the shift from celluloid to digital, however, was the establishment of Digital Cinema Initiatives (DCI) in 2002. This collaborative endeavor, involving six leading studios and several equipment-manufacturers, had led to the creation of provisional guidelines known as the "JPEG Interop" specifications. Its aim was to guide the industry's digital evolution while *SMPTE focused on developing the official standards which have, in fact, only been widely adopted in recent years. This movement brought essential standardization

Unthinkable, pre-2012, that cinema content could be so regularly deliverable via any means other than 35mm film, and yet today it's all of course effected digitally, as well as continually evolving as we speak. So, how did Cinema's delivery of digitalized content begin; what have been the significant developments – and challenges – and what might we expect next? **Howard Kiedaisch**, CEO of L.A-based Digital Cinema Distribution Coalition (DCDC), provides an outline summary.

for vendors and manufacturers and thus circumventing the rise-and-collapse of potentially competing formats.

Amid the seminal stages, the delivery of DCPs, or Digital Cinema Packages, had relied upon the physical shipment of sets of DVDs and hard-drives to theatres – a method which, while more efficient than film-reels *per se*, had still embodied logistical complications and a barrier to the realisation of Cinema's promised digital revolution. As technology continued to evolve, satellite and broadband-delivery of DCPs became increasingly feasible and these latter methods represented a leap forward in the field, eliminating many of the logistical constraints associated with physical conveyance. ▶

*SMPTE - The Society of Motion Picture and Television Engineers

Case 1:24-cv-01321-UNA Document 1-6 Filed 12/06/24 Page 4 of 7 PageID #: 52



9/20/24, 1:33 PM    Case 1:24-cv-01321-UNA    Document 1-6    Filed 12/06/24    Page 5 of 7 PageID #: 53
Screentrade Late Summer September 2023

TRADE

### DIGITAL CONTENT'S DELIVERY OPTIONS: HARD-DRIVE, SATELLITE & BROADBAND

Hard-drive delivery involves replicating and physically shipping DCPs loaded, onto a drive, to theatres and, while reliable and straightforward enough, it is a relatively slow process susceptible to errors from physical handling. However, it's cost-effective and particularly in regions with low labor costs. Moreover, as of 2023, there are large numbers of sites, worldwide, that still receive hard-drives by virtue of their not being electronically-connected. In many Asian and Latin American territories, the low cost of labor and poor connectivity means that hard-drives are still the preferred means of delivery. Even in the U.S., of the +5,000 cinema locations, DCDC, for example, has connected to 3,000 of them via satellite while rolling-out a further 130 with broadband. Nevertheless, there are perhaps over 2,000 cinemas in the U.S. (alone) still receiving their content via hard-drive**.

cellular-based solutions and, while these remain in their infancy, they hold significant potential for reshaping content-delivery amid today's D-Cinema operations.

### SPEED & OVERALL EFFICIENCY

Thus, with its digitalized sophistication continually evolving, how organised is content-delivery today, especially amid growing reports of ever-last-minute announcements by the studios and other content-producers as to which format a film may be released in?

To best address this, the intricate and creative nature of our industry's post-production processes – including: visual-effects, sound-mixing, color-grading, and format-rendering – can be very time-consuming, leading to more than a fair share of 'eleventh hour' modifications of the final deliverables. Beyond that, there are always quality assurance concerns and market-



IMAGE: Courtesy of Claudio Baltazar

Content-delivery by satellite, meanwhile, marks a significant progression in the Film industry with its high reliability and remarkable scalability. It involves up-linking the movies from a transmission center followed by then down-linking the same directly into cinemas. As such, satellite is currently successfully operational in several markets, including the Americas. However, it is far less cost-efficient for smaller releases owing to the high fixed-costs associated with satellite-time.

Broadband-delivery, by contrast, relies upon sending DCPs over the Internet; and the speed and quality of this method depends heavily upon the theatre's good Internet-connection. As Internet infrastructure continues to improve globally, and prices for high-speed Internet fall, broadband-delivery is becoming an increasingly viable option. Nonetheless, in regions with limited Internet connectivity, the method still faces significant challenges. Lastly, there are other noteworthy nascent delivery methods, such as Low Earth Orbit (LEO) satellites along with

strategies that play into these decisions. Content-distributors and their service-companies also need to test all of the various formats on a wide range of cinema systems in order to ensure compatibility. Additionally, while film-technology evolves and competition intensifies, navigating this dynamic ecosystem often results in up-to-the-wire decisions so as to provide the most innovative and engaging of cinematic experiences.

All that being said, digital content-delivery is indeed improving both in speed and quality owing to advancements in technology and expanded service capabilities. Increased download and upload capabilities via investment in fiber-optic infrastructures are escalating and establishing a new standard for speed and reliability in fixed-broadband. Simultaneously, however, there are connectivity alternatives such as 5G and the above-mentioned LEO satellite solutions that promise ubiquitous high-speed Internet access, even in the remotest areas, thus improving content-delivery times and quality. ▶

** For those exhibitors who don't use digital delivery, and have to deal with hard-drives, there are definite limitations which can, and do, exert a commercial impact. They can be lost or damaged, take time to arrive, need manual-handling, plus delivery must be paid-for and the benefits of live events just cannot happen.

9/20/24, 1:33 PM  Case 1:24-cv-01321-UNA    Document 1-6   Filed 12/06/24   Page 6 of 7 PageID #: 54
Screentrade Late Summer September 2023

TRADE



### KDMs

But what about reliability for cinema operators, given the onslaught of KDMs, also encryption and ingestion issues having created, to many, operational frustration and even too many lost shows? KDM, of course, stands for Key Delivery Message, something needed to be able to play an encrypted DCP on a certain projection set-up and time-frame prior to expiry. The KDM solutions, which have undergone years of testing, have proven to be highly reliable, but they still require substantial manual effort and this, then, presents opportunities for enhancement. The ideal scenario for KDM-management would include robust networks with two-way communication channels to enable the seamless transmission of content and data to the sites. Furthermore, these channels would allow for feedback, reporting issues, and coordinating equipment-swaps back to the base. Alas, as stated earlier, we have yet to establish such connectivity and, as a consequence, still rely primarily upon hard-drives for film-delivery while using email to transmit KDMs.

### PIRACY ISSUES

What about the proliferation of movie-piracy? Well, piracy in our industry has always been, and most likely will remain, a very significant issue and the advent of digital streaming-platforms and theatrical window-shortening have still not necessarily helped. DCI-compliant Digital Cinema Systems use content-encryption and sophisticated video and audio watermarking at the time of play-out and so it's a lot harder to pirate content from a cinema without exposing the very time, date and location of the play-out. Even as we continue to step-up the safeguards, the high quality of content means that criminals will always be gate-crashing for access. Digital media has made it technically easier to pirate films and then distribute them globally but has also allowed for improved anti-piracy measures and significantly more convenience and affordability than any legal alternatives.

### THE FUTURE OF CONTENT DELIVERY

From a global perspective, there is still a way to go yet in getting all cinemas connected. To a degree, as an industry, we're following behind the roll-out of better infrastructure within each country. One area where digital connectivity can help expand the content-offering is with live events, or Event Cinema. These can be transmitted either via broadband or satellite and create excitement and immediacy for viewers, albeit at greater admission-cost – indeed, there was much awareness surrounding 2022's Korean BTS concert which did $33m at the worldwide box office in a single night *and* the sub-sector has been promised to grow in popularity.

> "Digital has made it easier to [copy] and distribute films globally... but it's also allowed for improved anti-piracy measures as well as having provided more convenience and affordability [than] any legal alternative"
>
> **Howard Kiedaisch**
> CEO: DCDC



Savvy content-authoring operations leverage the ability to deliver supplemental or partial packages, that is: the ability to deliver just those specific parts that make a version of a film different (from another version). So, for example, if the Spanish version of a film's picture-track is 95% identical to the original English version, you can create a package that only contains the Spanish audio plus the 5% of the picture that's different while cross-referencing to the original picture-version to access the bulk of the content. This technique has been used to correct a few problems here and there over the years and, by and large, any major, show-stopping, tech-glitches have since become very rare.

So what will be new in content-delivery, going forward? Well, generally, the commercial models around the world for delivery involve the service-providers taking the risk and installing the equipment for free. They will then charge the distributors, and sometimes the exhibitors as well, for delivery whenever the solution is utilized. With this type of economic model, the danger will come down to the service-provider recognizing that any given cinema shows a sufficient quota of films (i.e. that it'll take enough deliveries) so that it can recoup its equipment-investment.

With such rapid and open-ended progress potential, many will be homing-in on the notion of the 'content-delivery holy grail', in other words, the copybook situation being pushed for in which everything will run like a well-oiled machine with no hiccups or cancelled shows. Here, the ideal would comprise a fully-interactive digital platform with two-way communication across the entire ecosystem. With that in place, the transmission of ads, trailers, live events, KDMs, features, or any other digital media and information – to either a single site or to thousands of them – could be achieved at a low, flat, per-unit cost; plus, the system would be able to feed data back, assuming exhibitors wanted to share it, or at least to notify the sender that something wasn't received and needed remediating. There would also be the capability to send last-minute changes in instances where there were corrections or alterations to content while also offering programmatic-advertising.

In actual fact, many of these components already exist and with some manual intervention, we can achieve this in a lot of places. However, to be sure to make it truly global, we are still beholden to the infrastructure being rolled-out. I've always believed that you create a platform and then let the creatives figure out the best use of it. And, with the two-way communication-platform, so outlined here, you could enable exhibitors to order content and delete what they want as opportunities present themselves according to any commercial terms facilitating the process. Other early-stage avenues also include interactive gaming, comedy and educational events in which different cinemas are interacting with each other both live and in real time.🅢

*The **Digital Cinema Distribution Coalition (DCDC)**, launched in 2013 by Warner, Universal, AMC, Cinemark & Regal, provides the digital delivery of theatrical content for +3,000 sites (+33,000 screens) across the U.S. via next-gen satellite and terrestrial distribution technologies.*
*www.dcdcnetwork.com*