### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DIGITAL CINEMA DISTRIBUTION COALITION LLC,<br><br>    Defendant. | C.A. No. _____<br><br>**JURY TRIAL DEMANDED** |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Digital Media Technology Holdings, LLC certifies that Digital Media Technology Holdings, LLC is organized under the laws of Delaware and has no parent companies and no publicly held corporation that owns 10% or more of its stock.

Dated: December 5, 2024

                                                  SMITH, KATZENSTEIN & JENKINS LLP

                                                  */s/ Daniel A. Taylor*
                                                  Robert J. Katzenstein (No. 378)
                                                  Daniel A. Taylor (No. 6934)
                                                  1000 West Street, Suite 1501
                                                  Wilmington, DE 19801
                                                  (302) 652-8400
                                                  rjk@skjlaw.com
                                                  dat@skjlaw.com

                                                  *Attorneys for Plaintiff Digital Media Technology Holdings, LLC*