IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL CINEMA DISTRIBUTION COALITION LLC,<br><br>Defendant. | C.A. No. 24-1321-CFC<br><br>**JURY TRIAL DEMANDED** |

**SUPPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT PURSUANT TO JUDGE CONNOLLY'S STANDING ORDER REGARDING DISCLOSURE STATEMENTS REQUIRED BY FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Digital Media Technology Holdings, LLC certifies that Digital Media Technology Holdings, LLC is organized under the laws of Delaware and has no parent companies and no publicly held corporation that owns 10% or more of its stock.

\* \* \* \*

Pursuant to Judge Connolly's April 18, 2022 Standing Order Regarding Disclosure Statements Required by Federal Rule of Civil Procedure 7.1 and the Court's December 16, 2024 Oral ORDER, Plaintiff makes the following supplemental disclosure:

Mr. Nicholas Stiliadis is the sole member of Digital Media Technology Holdings, LLC.  There are no other individuals or corporations with a direct or indirect interest in Digital Media Technology Holdings, LLC.

Dated: December 16, 2024

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Daniel A. Taylor*
Robert J. Katzenstein (No. 378)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
rjk@skjlaw.com
dat@skjlaw.com

*Attorneys for Plaintiff Digital Media Technology Holdings, LLC*