**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC,<br><br>             Plaintiff,<br><br>    v.<br><br>DIGITAL CINEMA DISTRIBUTION COALITION LLC,<br><br>             Defendant. | C.A. No. 24-1321-CFC |

## STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that the deadline by which the defendant, Digital Cinema Distribution Coalition LLC, must move, answer, or otherwise respond to the complaint, D.I. 1, currently set for December 27, 2024, D.I. 6, is extended to January 27, 2025.

| | |
|---|---|
| */s/ Daniel A. Taylor* | */s/ Jason J. Rawnsley* |
| Robert J. Katzenstein (#378) | Jason J. Rawnsley (#5379) |
| Daniel A. Taylor (#6934) | Gabriela Z. Monasterio (#7240) |
| SMITH, KATZENSTEIN & JENKINS LLP | RICHARDS, LAYTON & FINGER, P.A. |
| 1000 West Street, Suite 1501 | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 652-8400 | (302) 651-7700 |
| rjk@skjlaw.com | rawnsley@rlf.com |
| dat@skjlaw.com | monasterio@rlf.com |
| | |
| *Attorneys for Plaintiff Digital Media Technology Holdings, LLC* | *Attorneys for Defendant Digital Cinema Distribution Coalition LLC* |

Dated: December 17, 2024

SO ORDERED this _____ day of _____, 2024.


_____
UNITED STATES DISTRICT JUDGE