IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL CINEMA DISTRIBUTION COALITION LLC,<br><br>Defendant. | C.A. No. 24-1321-CFC<br><br>**JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of John C. Carey of CAREY RODRIGUEZ LLP, 1395 Brickell Avenue, Suite 700, Miami, FL 33131 to represent Plaintiff Digital Media Technology Holdings, LLC in the above-captioned matter.

2

Dated: December 19, 2024

        **SMITH, KATZENSTEIN & JENKINS LLP**

        */s/ Daniel A. Taylor*
        Robert J. Katzenstein (No. 378)
        Daniel A. Taylor (No. 6934)
        1000 West Street, Suite 1501
        Wilmington, DE 19801
        (302) 652-8400
        rjk@skjlaw.com
        dat@skjlaw.com

        *Attorneys for Plaintiff Digital Media Technology Holdings, LLC*

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED counsel's Motion for Admission *pro hac vice* of John C. Carey is GRANTED.

Dated:  December __, 2024

_____
Chief United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida, the U.S. Supreme Court, the U.S. Court of Appeals for the Federal Circuit, the U.S. Court of Appeals for the Ninth Circuit, the U.S. Court of Appeals for the Eleventh Circuit, the U.S. District Court for the Northern District of Florida, the U.S. District Court for the Middle District of Florida, the U.S. District Court for the Southern District of Florida, the U.S. District Court for the Southern District of New York, and the U.S. District Court for the Eastern District of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Court's Standing Order In re: Attorney Registration and Pro Hac Vice Fees effective January 1, 2024, I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: December 19, 2024

*/s/ John C. Carey*
John C. Carey
**CAREY RODRIGUEZ LLP**
1395 Brickell Avenue, Suite 700
Miami, FL 33131
(305) 356-5455
JCarey@careyrodriguez.com