# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>DIGITAL CINEMA DISTRIBUTION COALITION LLC,<br><br>      Defendant. | C.A. No. 1:24-cv-01321-CFC |

### DEFENDANT'S MOTION TO DISMISS COMPLAINT
### PURSUANT TO FED. R. CIV. P. 12(b)(6) AND 35 U.S.C. § 101

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Digital Cinema Distribution Coalition LLC ("Defendant") hereby respectfully moves to dismiss with prejudice Plaintiff Digital Media Technology Holdings, LLC's Complaint (D.I. 1) on the basis that the asserted patent, U.S. Patent No. 7,574,725 ("'725 patent"), is directed to ineligible subject matter under 35 U.S.C. § 101. The grounds for this motion are more fully set forth in the opening brief in support of this motion, filed contemporaneously herewith.

<table>
<tr><td>

OF COUNSEL:

Xin-Yi Zhou
Ohona Chowdhury
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Tel: (213) 430-6000
vzhou@omm.com
ochowdhury@omm.com

Patric Reinbold
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
preinbold@omm.com

Dated: January 27, 2025

</td><td>

/s/ *Jason J. Rawnsley*
Jason J. Rawnsley (#5379)
Gabriela Z. Monasterio (#7240)
RICHARDS LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
rawnsley@rlf.com
monasterio@rlf.com

*Attorneys for Defendant Digital Cinema Distribution Coalition LLC*

</td></tr>
</table>