# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DIGITAL CINEMA DISTRIBUTION COALITION LLC,<br><br>    Defendant. | C.A. No. 1:24-cv-01321-CFC |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Upon consideration of Defendant's Motion to Dismiss the Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 35 U.S.C. § 101 (the "Motion"), and any opposition thereto, IT IS HEREBY ORDERED this ____ day of _____, 2025, that the Motion is GRANTED. Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

 

_____
Honorable Colm F. Connolly
Chief Judge, United States District
Court for the District of Delaware