## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing Defendant's Opening Brief in Support of Defendant's Motion to Dismiss complies with the type-volume requirements of the Court's November 10, 2022 Standing Order Regarding Briefing in All Cases. The text of the brief, including footnotes, was prepared in Times New Roman 14-point font and contains 4,878 words.

*/s/ Gabriela Z. Monasterio*
Gabriela Z. Monasterio (#7240)
monasterio@rlf.com

Dated:  January 27, 2025