# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>DIGITAL CINEMA DISTRIBUTION COALITION LLC,<br><br>    Defendant. | C.A. No. 1:24-cv-01321-CFC |

## DEFENDANT DIGITAL CINEMA DISTRIBUTION COALITION LLC
## FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Court's April 18, 2022 Standing Order Regarding Disclosure Statements Required by Federal Rule of Civil Procedure 7.1, Defendant Digital Cinema Distribution LLC ("Defendant") states as follows:

As of the filing date of the Complaint, Defendant is a joint venture of the following entities: Warner Bros. Discovery, Inc., Universal City Studios LLC d/b/a Universal Pictures, Regal Entertainment Group, AMC Entertainment Holdings, Inc., and Cinemark Holdings, Inc.[1]  Universal Pictures is a subsidiary of Comcast Corporation, a publicly held company, through its wholly-owned subsidiary

---

[1] *See* https://dcdcdistribution.com/our-founders/.

NBCUniversal Media, LLC. Regal Entertainment Group is wholly-owned by Cineworld Group PLC, a publicly held company. Warner Bros. Discovery, Inc., AMC Entertainment Holdings, Inc., and Cinemark Holdings, Inc. are publicly held companies. Except the companies listed in this paragraph, no other publicly held company owns 10% or more of Defendant's stock.

Other than the parties in this case and the entities identified above, no other party has a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

OF COUNSEL:

Xin-Yi Zhou
Ohona Chowdhury
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Tel:  (213) 430-6000
vzhou@omm.com
ochowdhury@omm.com

Patric Reinbold
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006
Tel:  (202) 383-5300
preinbold@omm.com

Dated:  January 27, 2025

/s/  *Jason J. Rawnsley*
Jason J. Rawnsley (#5379)
Gabriela Z. Monasterio (#7240)
RICHARDS LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
rawnsley@rlf.com
monasterio@rlf.com

*Attorneys for Defendant Digital Cinema Distribution Coalition LLC*