IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>DIGITAL CINEMA DISTRIBUTION COALITION LLC,<br><br>  Defendant. | C.A. No. 24-1321-CFC<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME**

WHEREAS, on January 27, 2025 Defendant Digital Cinema Distribution Coalition LLC moved to dismiss the Complaint. (D.I. 12; D.I. 13);

WHEREAS, pursuant to Local Rule 7.1.2(b), the deadline for Plaintiff Digital Media Technology Holdings, LLC to file an answering brief in opposition to the motion is February 10, 2025; and

WHEREAS, the parties have agreed to extend this deadline by 30 days to March 12, 2025, and to extend the deadline for the reply brief by 14 days to April 2, 2025;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that the deadline for Plaintiff Digital Media Technology Holdings, LLC to file an answering brief in opposition to the motion to dismiss the Complaint (D.I. 12; D.I. 13) currently set

for February 10, 2025, shall be extended to March 12, 2025, and the deadline for Defendant Digital Cinema Distribution Coalition LLC to file its reply brief in support of its motion shall be extended to April 2, 2025.

Dated: January 31, 2025

| **SMITH, KATZENSTEIN & JENKINS LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|
| /s/ Daniel A. Taylor | /s/ Jason J. Rawnsley |
| Robert J. Katzenstein (No. 378) | Jason J. Rawnsley (#5379) |
| Daniel A. Taylor (No. 6934) | Gabriela Z. Monasterio (#7240) |
| 1000 West Street, Suite 1501 | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 652-8400 | (302) 651-7700 |
| rjk@skjlaw.com | rawnsley@rlf.com |
| dat@skjlaw.com | monasterio@rlf.com |
| *Attorneys for Plaintiff Digital Media Technology Holdings, LLC* | *Attorneys for Defendant Digital Cinema Distribution Coalition LLC* |

On this __ day of _____, 202__, IT IS SO ORDERED

_____
Colm F. Connolly
Chief U.S. District Judge