# EXHIBIT B

US007286158B1

(12) **United States Patent**    (10) **Patent No.:**    **US 7,286,158 B1**

Griebenow    (45) **Date of Patent:**    **Oct. 23, 2007**

(54) **METHOD AND SYSTEM FOR PROVIDING INTEGRATED REMOTE MONITORING SERVICES**

(75) Inventor: **Allan R. Griebenow**, Dallas, TX (US)

(73) Assignee: **Axcess International Inc.**, Carrollton, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/469,644**

(22) Filed: **Dec. 22, 1999**

(51) **Int. Cl.**
| | |
|---|---|
| *H04N 7/18* | (2006.01) |
| *G06K 9/00* | (2006.01) |
| *G08B 26/00* | (2006.01) |

(52) **U.S. Cl.** ..................... **348/156**; 382/118; 340/505

(58) **Field of Classification Search** ........ 348/142–144, 348/154, 150, 156, 161, 169, 139; 382/118; 340/541, 505, 506, 5.81; 725/9, 12, 109, 725/105; 713/168; 379/201.01
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,217,588 A | 8/1980 | Freeny, Jr. | ................ 343/112 |
| 4,303,910 A | 12/1981 | McCann | ................ 340/572 |
| 4,385,231 A | 5/1983 | Mizutani et al. | ............ 235/382 |
| 4,459,474 A | 7/1984 | Walton | ........................ 235/380 |
| 4,471,345 A | 9/1984 | Barrett, Jr. | .................. 340/572 |
| 4,528,663 A | 7/1985 | Citta | ......................... 370/94 |
| 4,598,275 A | 7/1986 | Ross et al. | .................. 340/573 |
| 4,654,793 A | 3/1987 | Elrod | ......................... 364/401 |
| 4,691,202 A | 9/1987 | Denne et al. | ......... 340/825.54 |
| 4,822,990 A | 4/1989 | Tamada et al. | .............. 235/492 |
| 4,833,807 A | 5/1989 | McLean | ...................... 40/633 |
| 4,862,160 A | 8/1989 | Ekchian et al. | ...... 340/825.54 |
| 4,864,292 A | 9/1989 | Nieuwkoop | ............ 340/825.31 |
| 4,955,038 A | 9/1990 | Lee et al. | ..................... 375/35 |
| 5,006,983 A | 4/1991 | Wayne et al. | ............... 364/401 |
| 5,051,741 A | 9/1991 | Wesby | ........................ 340/825 |
| 5,153,878 A | 10/1992 | Krebs | ........................ 370/95.1 |
| 5,175,729 A | 12/1992 | Borras et al. | .................. 370/79 |
| 5,220,557 A | 6/1993 | Kelley | ........................ 370/50 |
| 5,227,803 A | 7/1993 | O'Connor et al. | .......... 342/442 |
| 5,266,925 A | 11/1993 | Vercellotti et al. | ......... 340/572 |
| 5,272,476 A | 12/1993 | McArthur et al. | ..... 340/870.13 |
| 5,287,269 A | 2/1994 | Dorrough et al. | ........... 364/408 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| BE | 1006392 A3 | 8/1994 |

(Continued)

OTHER PUBLICATIONS

International Search Report in PCT International Application No. PCT/US00/42802, dated May 18, 2001.

(Continued)

*Primary Examiner*—Gims Philippe
(74) *Attorney, Agent, or Firm*—Baker Botts L.L.P.

(57) **ABSTRACT**

A method and system for providing integrated remote monitoring services includes receiving and storing radio frequency identification (RFID) data from an RFID system at a remote facility of a subscriber. Video data is received from a video system at the facility and also stored. The subscriber is provided with access to the stored RFID and video data. The subscriber is also provided with access to and control of a video camera in the video system at the facility.

**23 Claims, 4 Drawing Sheets**



## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,289,369 A | 2/1994 | Hirshberg .................. 364/401 |
| 5,305,008 A | 4/1994 | Turner et al. ................ 342/44 |
| 5,321,396 A | 6/1994 | Lamming et al. ...... 340/825.49 |
| 5,351,052 A | 9/1994 | D'Hont et al. ............... 342/42 |
| 5,371,899 A | 12/1994 | Kuznicki et al. .......... 455/54.2 |
| 5,423,574 A | 6/1995 | Forte-Pathroff ............. 283/75 |
| 5,425,032 A | 6/1995 | Shloss et al. ............. 370/95.2 |
| 5,432,864 A | 7/1995 | Lu et al. ..................... 382/118 |
| 5,448,242 A | 9/1995 | Sharpe et al. ................ 342/42 |
| 5,450,087 A | 9/1995 | Hurta et al. .................. 342/42 |
| 5,453,747 A | 9/1995 | D'Hont et al. ............... 342/42 |
| 5,471,212 A | 11/1995 | Sharpe et al. ............... 342/51 |
| 5,488,376 A | 1/1996 | Hurta et al. .................. 342/42 |
| 5,491,471 A | 2/1996 | Stobbe ................. 340/825.34 |
| 5,502,806 A | 3/1996 | Mahoney et al. ........... 395/161 |
| 5,523,737 A | 6/1996 | Luna .......................... 340/323 |
| 5,525,992 A | 6/1996 | Froschermeier ............. 342/42 |
| 5,525,994 A | 6/1996 | Hurta et al. .................. 342/51 |
| 5,539,394 A | 7/1996 | Cato et al. ............. 340/825.54 |
| 5,541,928 A | 7/1996 | Kobayashi et al. ........ 370/95.1 |
| 5,566,327 A | 10/1996 | Sehr ........................... 395/600 |
| 5,576,838 A | 11/1996 | Renie ......................... 386/117 |
| 5,581,297 A | 12/1996 | Koz et al. ................. 348/152 |
| 5,621,412 A | 4/1997 | Sharpe et al. ............... 342/51 |
| 5,629,981 A * | 5/1997 | Nerlikar ..................... 713/168 |
| 5,640,151 A | 6/1997 | Reis et al. ............. 340/825.54 |
| 5,668,803 A | 9/1997 | Tymes et al. ............... 370/312 |
| 5,686,902 A | 11/1997 | Reis et al. ............. 340/825.54 |
| 5,689,442 A | 11/1997 | Swanson et al. ............ 364/550 |
| 5,694,162 A | 12/1997 | Freeny, Jr. .................. 348/12 |
| 5,694,514 A | 12/1997 | Evans et al. ................ 386/46 |
| 5,721,733 A | 2/1998 | Wang et al. ................ 370/332 |
| 5,737,330 A | 4/1998 | Fulthorp et al. ............ 370/346 |
| 5,745,037 A | 4/1998 | Guthrie et al. .............. 340/573 |
| 5,748,908 A | 5/1998 | Yu .............................. 395/244 |
| 5,754,541 A | 5/1998 | Glisic et al. ............... 370/335 |
| 5,774,459 A | 6/1998 | Charrat ....................... 370/310 |
| 5,797,126 A | 8/1998 | Helbling et al. ............. 705/5 |
| 5,805,082 A | 9/1998 | Hassett .................... 340/928 |
| 5,808,587 A | 9/1998 | Shima ........................ 343/895 |
| 5,811,772 A | 9/1998 | Lucero ................... 235/380 |
| 5,813,912 A | 9/1998 | Shultz ........................ 463/25 |
| 5,818,915 A | 10/1998 | Hayes, Jr. et al. ......... 379/114 |
| 5,837,982 A | 11/1998 | Fujioka .................... 235/382 |
| 5,839,058 A | 11/1998 | Phillips et al. ............. 455/90 |
| 5,842,131 A | 11/1998 | Yamane ..................... 455/456 |
| D403,392 S | 12/1998 | Briggs et al. .............. D21/814 |
| 5,848,395 A | 12/1998 | Edgar et al. .................. 705/9 |
| 5,856,931 A | 1/1999 | McCasland ................ 364/550 |
| 5,866,890 A | 2/1999 | Neuner ...................... 235/381 |
| 5,867,823 A | 2/1999 | Richardson .................. 705/9 |
| 5,870,459 A | 2/1999 | Phillips et al. ............. 379/114 |
| 5,872,887 A | 2/1999 | Walker ...................... 386/117 |
| D406,871 S | 3/1999 | Briggs ...................... D21/811 |
| D407,133 S | 3/1999 | Briggs ...................... D21/826 |
| 5,880,453 A | 3/1999 | Wang et al. .......... 235/462.01 |
| 5,892,454 A | 4/1999 | Schipper et al. ....... 340/825.37 |
| 5,894,589 A | 4/1999 | Reber et al. .................... 455/2 |
| 5,918,211 A | 6/1999 | Sloane ...................... 705/16 |
| 5,932,869 A | 8/1999 | Gottlich et al. ............. 235/493 |
| 5,946,444 A | 8/1999 | Evans et al. ................ 386/46 |
| 5,946,613 A | 8/1999 | Hayes, Jr. et al. ....... 455/406 |
| 5,956,259 A | 9/1999 | Hartsell, Jr. et al. .... 364/528.37 |
| 5,959,277 A | 9/1999 | Lucero ..................... 235/380 |
| 5,966,068 A | 10/1999 | Wicks et al. ......... 340/286.01 |
| 5,966,654 A | 10/1999 | Croughwell et al. ........ 455/414 |
| 5,973,613 A | 10/1999 | Reis et al. ............. 340/825.44 |
| 5,978,770 A | 11/1999 | Waytena et al. .............. 705/5 |
| 5,978,821 A | 11/1999 | Freeny ................... 708/100 |
| 5,987,421 A | 11/1999 | Chuang ....................... 705/7 |
| 6,003,013 A | 12/1999 | Boushy et al. ................ 705/10 |
| 6,028,626 A * | 2/2000 | Aviv .......................... 348/152 |
| 6,271,752 B1 * | 8/2001 | Vaios ....................... 340/541 |
| 6,294,953 B1 | 9/2001 | Steeves .................... 329/341 |
| 6,385,772 B1 * | 5/2002 | Courtney ................ 725/105 |
| 6,456,321 B1 * | 9/2002 | Ito et al. ................... 348/143 |
| 2006/0140374 A1* | 6/2006 | Light et al. ......... 379/201.01 |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 161 779 A1 | 4/1985 |
| EP | 0 245 555 A1 | 8/1986 |
| EP | 0 467 036 A2 | 5/1991 |
| EP | 0 565 046 A2 | 4/1993 |
| GB | 2 187 317 A | 9/1987 |
| GB | 2187317 A | 9/1987 |
| GB | 2 307 324 A | 5/1997 |
| GE | DE 298 15 797 U1 | 10/1998 |
| WO | WO91/17515 | 11/1991 |
| WO | WO93/04537 | 3/1993 |
| WO | WO95/12858 | 5/1995 |
| WO | WO98/10358 | 3/1998 |
| WO | WO98/11520 | 3/1998 |

## OTHER PUBLICATIONS

PCT Written Opinion in PCT International Application No. PCT/US00/42802, dated Apr. 8, 2002.

U.S. Appl. No. 09/298,559, "Low Power Receiver for Radio Tag and Method," filed by Wayne Steeves, Apr. 22, 1999.

"Radio Frequency Identification (RFID)—Standards, Common Applications, A Look Ahead, and Recommended Reading," http://www.aimglobal.org/techinfo/rfid/rfidintro.html, 4 pgs, Printed Jun. 7, 1999.

AIM International, Inc., "Radio Frequency Identification RFID—A Glossary: AIM International WP-98/001R," http://www.aimglobal.org/techinfo/rfid/aimrfidglossary.html, Printed Jun. 7, 1999.

AIM International, Inc., "Radio Frequency Identification RFID—A Basic Primer: AIM International WP-98/002R," http://www.aimglobal.org/techinfo/rfid/aimrfidbasics.html, Printed Jun. 7, 1999.

International Search Report in PCT International Application No. PCT/US 00/5772, dated Jul. 14, 2000.

International Search Report in PCT International Application No. PCT/US 00/ 33569, dated Apr. 5, 2001.

* cited by examiner



FIG. 1



FIG. 3



*FIG. 2*

Case 1:24-cv-01321-CFC    Document 19-2    Filed 03/12/25    Page 6 of 13 PageID #: 759



FIG. 4



FIG. 5



START
300
RECEIVE REQUEST BY PERSON TO ACCESS RESTRICTED AREA
302
OBTAIN VIDEO IMAGE OF PERSON REQUESTING ACCESS
304
TRANSMIT REQUEST AND VIDEO IMAGE TO HOST
306
GENERATE E-MAIL TO SUBSCRIBER PROVIDING NOTICE OF REQUEST
308
ATTACH VIDEO IMAGE TO E-MAIL
310
TRANSMIT E-MAIL TO SUBSCRIBER
REQUEST GRANTED?
NO
314
YES
316
REMOTELY OPEN DOOR TO RESTRICTED AREA
END

FIG. 6

START
RECEIVE POLLING EVENT FOR AREA
350
CONDUCT POLL AT AREA
352
TRANSMIT POLL RESULTS TO HOST
354
356
NO
INVENTORY MISSING?
YES
GENERATE E-MAIL TO SUBSCRIBER PROVIDING NOTICE OF MISSING INVENTORY
358
ATTACH LOG OF RECENT RFIP ACTIVITY IN POLLED AREA
360
TRANSMIT E-MAIL TO SUBSCRIBER
362
END

FIG. 7

US 7,286,158 B1

**1**

# METHOD AND SYSTEM FOR PROVIDING INTEGRATED REMOTE MONITORING SERVICES

## TECHNICAL FIELD OF THE INVENTION

The present invention relates generally to the field of remote business management, and more particularly to a method and system for providing integrated remote monitoring services.

## BACKGROUND OF THE INVENTION

Remote monitoring of a facility for fire, burglar and other alarms provides protection for a facility at low cost. For fire alarm systems, heat, flame, and/or smoke sensors are strategically placed around the facility to detect any fire at an early stage. Upon detection of a fire, in addition to a local alarm, an alarm is sent to a remote monitoring facility, which can then notify the fire department.

Similarly, homes and businesses often have a burglar alarm that is remotely monitored. Typically, sensors are placed on doors, windows, and at other areas susceptible to forced entry. In response to detection of a break-in, an alarm is sent to the remote monitoring facility, which can then dispatch personnel to check the facility.

A significant problem in monitoring alarms is the occurrence of false alarms. For burglar alarms, for example, personnel must generally be dispatched to the scene to determine whether a break-in is actually occurring or has occurred. In the event of a break-in, the need to confirm the alarm delays notification of the police. In the event no break-in occurred, the false alarm unnecessarily diverts personnel and resources to the scene.

More recently, remote monitoring capabilities have improved with the advent of video telesurvelance technologies. This technology allows remote personnel to connect to a video camera in a facility and to control or determine conditions at the facility. While this remote "look-in" capability provides significant advances over earlier monitoring systems, it does not provide an integrated solution for business owners.

## SUMMARY OF THE INVENTION

The present invention provides a method and system for providing remote monitoring services that substantially reduce or eliminate the problems and disadvantages associated with previously developed systems and methods. In particular, the present invention provides integrated remote monitoring services that allow a subscriber to remotely monitor, evaluate, and control operations at a facility.

In accordance with one embodiment of the present invention, a method and system for providing integrated remote monitoring services includes receiving and storing radio frequency identification (RFID) data from an RFID system at a remote facility of a subscriber. Video data is received from a video system at the facility and also stored. The subscriber is provided with access to the stored RFID and video data. The subscriber is also provided with access to and control of a video camera in the video system at the facility.

More specifically, in accordance with a particular embodiment of the present invention, the RFID and video information may be received over the Internet and the subscriber provided access to the stored data and the video camera through a web portal. In this and other embodiments, the

**2**

RFID data may be processed to generate a report for the subscriber or to determine and notify the subscriber of any alert conditions requiring his or her attention. In addition, the subscriber may initiate a polling event at the facility and receive results of the polling event.

In accordance with another aspect of the present invention, a method and system for providing identity verification for access activities is provided. The method and system elicits a radio response from an RFID tag at an access door of a secure area. Authorized access by a wearer of the RFID tag to the secure area is determined based on the radio response. A video image of the wearer at the access door is recorded and used to confirm the identity of the wearer.

In accordance with still another aspect of the present invention, a method for providing remote access services includes receiving a request by a person for access to a restricted area operated by a subscriber. A video image of the person requesting access to the restricted area and/or RFID tag information is also received. The request, including the video image, is transmitted to the subscriber for approval. In response to approval by the subscriber, the requested access is remotely allowed.

Technical advantages of the present invention include providing integrated remote monitoring services for owners and managers of a business. In particular, data is collected from the facility using automatic location identification technology and digital video networking and recording technology. The data is transmitted over the Internet to a central host site at which the data is stored and analyzed and may be accessed by the subscriber.

Another technical advantage of the present invention includes using the Internet to provide multi-media and other data-oriented information to subscribing business managers that is specific to the operation of each business location for the purpose of improving the efficiency of business operations. In particular, video, audio, and other data is collected at a business location and may be viewed live, processed, and stored at the business location or retrieved and processed at a central host site. The user subscribes to the service, which makes available the collected and processed data through a website portal.

Yet another technical advantage of the present invention includes providing video verification of activity at a remote facility. In particular, video images are collected and associated with radio frequency identification (RFID) activities. As a result, the identity of a person wearing or otherwise using a tag to access facilities, operations, and areas may be verified.

Still another technical advantage of the present invention includes providing a method and system for remotely notifying a manager of a facility of an alert condition at the facility. In particular, RFID data is collected and processed at a facility to determine whether a user-defined or other alert condition exists. Alert conditions may be unauthorized access to an area, an insufficient number of employees at the facility or performing a specified task, or other conditions that affect operations of the business. The manager is immediately notified of such alerts to allow corrective action to be taken.

Still another technical advantage of the present invention includes providing a method and system for providing remote access services to a subscriber. In particular, request by a person to access a restricted area during off-hours or other unattended times is combined with RFID data, if available, and a video image and forwarded to a central host site for approval or routing to a subscriber for his or her approval. As a result, employees need not travel to or wait

US 7,286,158 B1

**3**

at a location for deliveries or the arrival of others. Thus, operating costs of the business are reduced.

Still another technical advantage of the present invention includes providing a method and system for gathering marketing and customer preference information. In particular, remote controlled cameras at a store may be accessed and controlled to determine customer preferences and actions. As a result, travel to the physical location is unnecessary which reduces costs and increases the number of surveys that can be taken. In addition, interference with normal operations of a facility are eliminated.

Other technical advantages of the present invention will be readily apparent to one skilled in the art from the following figures, description, and claims.

BRIEF DESCRIPTION OF THE DRAWINGS

For a more complete understanding of the present invention and its advantages, reference is now made to the following description taken in conjunction with the accompanying drawings, wherein like reference numerals represent like parts, and in which:

FIG. **1** is a block diagram illustrating a remote monitoring system in accordance with one embodiment of the present invention;

FIG. **2** is a top plan view of a monitored facility of FIG. **1** in accordance with one embodiment of the present invention;

FIG. **3** is a block diagram illustrating details of the central host of FIG. **1** in accordance with one embodiment of the present invention;

FIG. **4** is a flow diagram illustrating a method for providing identity verification service for a subscriber of the monitoring system of FIG. **1** in accordance with one embodiment of the present invention;

FIG. **5** is a flow diagram illustrating a method for providing alert notification services for a subscriber of the monitoring system of FIG. **1** in accordance with one embodiment of the present invention;

FIG. **6** is a flow diagram illustrating a method for providing remote access services for a subscriber of the monitoring system of FIG. **1** in accordance with one embodiment of the present invention; and

FIG. **7** is a flow diagram illustrating a method for providing location control services for a subscriber of the monitoring system of FIG. **1** in accordance with one embodiment of the present invention.

DETAILED DESCRIPTION OF THE INVENTION

FIG. **1** illustrates a remote monitoring system **10** in accordance with one embodiment of the present invention. In this embodiment, the remote monitoring system **10** uses the Internet to provide connectivity between remote elements of the system **10**. It will be understood that other suitable networks and components of networks may be used as part or in place of the Internet **12** to provide connectivity between elements of the system **10**.

Referring to FIG. **1**, the remote monitoring system **10** includes geographically distributed monitored facilities (MF) **14**, a central host **16**, and subscribers **18**. The monitored facilities **14** each include a data collection system that collects video, audio, location, and other data at the facility **14** based upon the specific business needs of a subscriber **18**. The data, once collected, may be viewed live, processed and stored at the monitored facility **14**, or retrieved and pro-

**4**

cessed at the central host **16**. The subscriber **18**, which may be an owner or manager of the business, accesses certain live and processed data relative to the operation of the facility **14** through a website portal defined by the central host **16**. The subscriber **18** may access the website portal with a personal computer or any other suitable personal device capable of connecting to the Internet through a wireline, wireless or other suitable link.

FIG. **2** illustrates details of a monitored facility **14** in accordance with one embodiment of the present invention. In this embodiment, the monitored facility **14** is a retail clothing store **40**. It will be understood that the present invention may be used in connection with any other suitable type of business. For example, the monitored facility **14** may be any type of store selling goods to consumers, a doctor or other suitable type of office, an office building or complex, a manufacturing facility or plant, a warehouse or storage yard, or any other suitable structure at which one or more workers perform tasks.

Referring to FIG. **2**, the retail store **40** includes a sales floor **42** and the back area **44** supported by a security door **46**. The sales floor **42** is accessed by the public through access doors **48**. The sales floor **42** includes clothing shelves **50**, clothing racks **52**, and a sales counter **54**. The clothing shelves and racks **50** and **52** display articles of clothing to consumers for selection and purchase, and dressing rooms **58**. Typically, clothing is displayed on the shelves **50** and racks **52** to maximize consumer interest and purchases. Such purchases are rung up by employees of the store on registers **58** at the sales counter **54**. Money, checks, and receipts for other forms of payment are all initially stored in the registers **58**.

The back area **44** includes a stock area **60**, a vault room **62**, and a computer room **64**. The stock area **60** stores inventory **70** for later display on the sales floor **42**. The vault room **62** secures a safe **72** that temporarily stores funds removed from the registers **58** prior to transfer to a bank. The computer room **64** secures burglar and fire alarm equipment **74** and **76** as well as a local computer system **78** for monitoring, controlling, processing, recording, local activities and for transmitting and receiving information to and from the central host **16**. Local processing of data may be completely performed by the local computer system **78** or may be distributed to the sensors or other devices throughout the store **40**. In the Internet embodiment, the computer system **78** includes a local area network (LAN) hub/gateway to communicate with the central host **14** over the Internet **12**. The vault and computer room **62** and **64** are each accessed by access doors **80** and **82**, respectively.

The computer system **78** collects data using automatic location identification technology and digital video networking and recording technology. In one embodiment, the automatic location identification technology comprises radio frequency identification (RFID) tag technology that gathers data by requiring assets to physically touch a reader (passive location technology) or by passing near to a reader (active location technology). Active tags activate, or wake-up when they pass through or receive a localized radio frequency signal and then transmit their ID number to a reader. The RFID data identifies where certain personnel or physical assets of the business are or have been in or around the store **40**. The RFID data is collected as the assets enter or leave the store **40** and as they move into or out of certain defined areas, or zones.

In a particular embodiment, the RFID system and tags may be implemented in accordance with the systems and tags disclosed in U.S. application Ser. No. 09/298,982 that

US 7,286,158 B1

5

is entitled "Distributed Tag Reader System and Method", U.S. application Ser. No. 09/357,435 that is entitled "Radio Frequency Identification System and Method", U.S. application Ser. No. 09/298,559 that is entitled "Low Power Receiver for Radio Tag and Method", U.S. application Ser. No. 09/258,974 that is entitled "High Sensity Demodulator for a Radio Tag and Method", U.S. application Ser. No. 08/789,148 entitled "Radio Tag System and Method With Improved Tag Interference Avoidance", U.S. application Ser. No. 09/357,669 entitled "Dual Frequency Radio Tag for Radio Frequency Identification System, and U.S. application Ser. No. 09/357,688, all of which are incorporated herein by reference.

For the illustrated embodiment, the store **40** includes a centralized receiver, or reader, **90** for reading responses from tags, access control systems **92** for controlling access to the back area **44** and an access monitoring system **94** for monitoring tags entering through the public doors **48**. The access control and monitoring systems **92** and **94** each transmit the wake-up signal to tags in their area to elicit a response which is received by the receiver **90** and passed to the computer system **78**. In this way, access to the back area **44** may be fully controlled with only authorized personnel having an RFID tag allowed access. Thus, while the general public may freely access the sales floor **42**, access to the back room **44** is limited to only employees and managers of the store **40**. Inclusion of the access monitoring system **94** allows the egress and ingress of all employees entering or leaving the store **40** to be monitored and recorded.

Additional access control systems **96** and **98** are provided separately for the vault room **62** and the computer room **64** to provide additional security to those areas. Thus, while all employees may be allowed access to the back area **44**, only specific employees or an owner may be allowed access to the vault room **62** and the computer room **64**.

The location data may also include polling stations **100** and **102**. The polling station **100**, in response to a command from the local computer system **78** polls tagged inventory on the sales floor **42**. Responses from the tags may be collected by the polling station **100** or the receiver **90** and forwarded to the local computer system **78** for processing. Similarly, polling station **102**, in response to a command from the local computer system **78**, may poll tagged items in the inventory **70**. Responses from the tags may be received by the polling station **102** or the receiver **90** and passed to the computer system **78** for recordation and processing. Typically, high value items will be tagged to inhibit their theft. The computer system **78** may initiate polling at specified times, at a specified period, in response to an alarm condition, or in response to an operator or subscriber request from or through the central host **16**.

The location data may be recorded at the store **40** and transmitted later or transmitted live over the Internet **12** where it is collected by the central host **16**, processed, and then made available to the subscriber **18**. In one embodiment, the RFID data may include the identification number of the tag, the antenna or activator ID telling where the tag was activated, and the reader identification that received the response signal from the tag.

The video and audio data at the store **40** is collected from cameras and microphones positioned in and around the store **40**. The video may be black and white video, color video, infrared video, or any other suitable visual information capable of providing information at a scene. The cameras may be digital network video cameras, which can connect directly to a data network, or they may be any standard video

6

camera connected to a conversion and compression device, which records and/or prepares the video data for transmission over the Internet **12**.

The video data collection and/or transmission may be initiated via an external trigger or alarm which indicates a business condition exists where the video data must be transmitted live or recorded for later review. Video data is also available for subscribers **18** or the host service provider **16** to dial into at any time to view live video or to initiate video recording. In addition, Video data may be recorded at the store **40** and transmitted later or transmitted live over the Internet **12** or may be recorded the central host **16** or transmitted live to the subscriber **18**.

In one embodiment, the cameras and equipment of the video and audio network may be implemented in accordance with U.S. Pat. No. 4,857,991 entitled "Method and System for Decompressing Color Video Feature Encoded Data", U.S. Pat. No. 4,816,901 entitled "Method and System for Compressing Color Video Data", U.S. Pat. No. 4,843,466 entitled "Method and System for Decompressing Color Video Slope Encoded Data", U.S. Pat. No. 4,849,807 entitled "Method and System for Compressing Color Video Feature Encoded Data", U.S. Pat. No. 4,847,677 entitled "Video Telecommunication System and Method for Compressing and Decompressing Digital Color Video Data", U.S. Pat. No. 4,857,993 entitled "Method and System for Decompressing Digital Color Video Statistically Encoded Data", U.S. Pat. No. 4,914,508 entitled "Method and System for Compressing and Statistically Encoding Color Video Data", U.S. Pat. No. 5,140,142 entitled "Method for Color Encoding and Pixelization for Image Reconstruction", U.S. Pat. No. 5,838,266 entitled "Data Processing Apparatus and Method Using Data Compression (Delta), U.S. patent application Ser. No. 09/045,730 filed on Mar. 20, 1998 entitled "Conditional Update Method for Video Compression", U.S. Pat. No. 6,061,475 entitled "Video Compressed Apparatus and Method, and U.S. Pat. No. 6,005,638, which are all hereby incorporated by reference.

For the illustrated embodiment, video and audio data are collected by a number of digital cameras distributed throughout the store **40**. Each camera includes a camera controller (CC) for panning, tilting, and zooming the camera to focus on a desired area of the store **40**. In particular, sales floor cameras **110** and **112** provide broad coverage of the sales floor **42** and may be used to view the movements of customers and interaction between customers and employees on the sales floor **42**. A sales counter camera **114** is located in front of the sales counter **54** to provide close-up coverage of the registers **58**. In the back area **44**, camera **116** provides coverage of a back door, camera **118** provides coverage of the intermediate door **46** between the back area **44** and the sales floor **42**, vault camera **120** provides coverage of the vault door **80**, and computer camera **122** provides coverage of the computer door **82**. Thus, all access to the back room **44** and the vault and computer rooms **62** and **64** may be recorded. In addition, back area camera **124** may provide broad coverage of the stock area **40**.

Video, audio, location, and other data gathered by the sensors in the store **40** are passed to the local control system **78** for recordation, processing, and transmittal to the central host **16**. The local computer system **78** may combine location data with multi-media data to provide enhanced and integrated services for subscribers **18**. In a particular embodiment, data is streamed out of the location and video system. The location data is embedded into video frame headers for transmission and storage.

US 7,286,158 B1

7

Combined location and video data may be generated in an application in which tag transmissions may be used to activate video recording from a camera pointed toward a zone activation point to capture tag activations. The video records the tagged activation event thereby validating the person or asset with a tag at the time of the read. The combined tag and video data can be stored for later review or transmitted live over the Internet 12 to the central host 16 or to the subscriber 18.

FIG. 3 illustrates the central host 16 in accordance with one embodiment of the present invention. In this embodiment, the central host 16 is implemented as a website portal on a server. It will be understood that the host 16 may be implemented by any other suitable computing device capable of communicating information with a remote device over a network.

Referring to FIG. 3, the host 16 includes database 150 for storing data received from the monitored facilities 14 and applications 152 for processing the data and reporting the information to the subscribers 18. Generally described, the central host 16 receives, stores, and processes video, audio, and location data transmitted from the monitored facilities 14 and makes the data available to the subscribers 18. In addition, the host 16 may generate and transmit notice of certain events to the subscriber 18.

The database 150 includes activity records 160 for each of the monitored facilities 14. The activity records 160 each store location information 162, video information 164, and combined location and video information 166. The location information 162 is generated by RFID reads at the monitored facilities 14. The location data 160 may include time and attendance records, access to restricted areas information, asset movement information, and asset poll results. The time and attendance records provided to the subscriber 18 to automate the payroll data input process, to counsel an employee regarding deficiencies in his or her attendance, and combined with video data to provide a video record of attendance. Access to restricted area information allows the subscriber to track personnel entering inventory rooms, computer rooms, rooms with safes and other critical areas of a facility 14. The asset movement data provides subscribers with information regarding unauthorized movement of assets. The poll results provide subscribers an inventory of tag assets at a particular facility 14.

The video data 164 may include associated audio clips and is generated by the cameras at the monitored facilities 14. The video data may include video of personnel entering and leaving a monitored facility 14, personnel movement within the facility 14, customer video and purchase transaction video. Personnel access video may be provided to a subscriber 18 as a record of authorized and unauthorized entry by employees and non-employees. Personnel movement video data may be used by the subscriber 18 to evaluate the effectiveness of an employee at his or her job functions. Such functions can include performance of job tasks, interaction with customers, and behavior involving customer transactions such as cash handling. Customer video data may be used by subscribers 18 to provide information regarding customer behavior in buying circumstances such as attractiveness to product displays. The register transaction videos provide protections for the subscriber against theft.

The combined format data 166 stores location and video information together to provide enhanced services and higher order information for subscribers 18. Location and video information may be stored together by being stored in

8

a common file, by being stored in a common element of a database, or being linked or otherwise associated with each other.

The applications 152 include a facility access program 180, database access program 182, alert processor 184, report generator 186, remote video controller 188, remote access controller 190, and remote location, or RFID, controller 192. The applications each comprise software stored on a computer-readable medium and executed by a processor of the host 16. It will be understood that the functionality of the central host 16 may be otherwise suitably separated into disparate applications.

The facility access program 180 provides operators and subscribers 18 with direct access to the local computer system 78 of the monitored facilities 14. The database access program 182 provides access to the database 150. Accordingly, an operator at the central host 18 can perform special requests and processing of information stored at the central host 18 or at the monitored facility 14.

The alert processor 184 receives alerts generated by the monitored facilities 14 and/or generates alerts and response to information uploaded from the monitored facilities 14. As described in more detail below, the alert processor notifies the subscribers 18 of an alert condition in order to allow them to suitably respond. The alerts may be a burglar alarm, a fire alarm, or subscriber-defined operation conditions such as less than a minimum number of employees at a facility or performing a specified function at a facility.

The report generator 186 processes information in the activity records 160 to generate user-required and/or specified reports. The reports allow a subscriber to quickly determine the operational status of a monitored facility 14 based on certain categories of information. The reports can be accessed on the central host 16 or transmitted to the subscriber 18.

The remote video controller 188 provides operators and subscribers 18 with direct access to and control of the video cameras in the monitored facilities 14. Thus, an operator may look into any of the monitored facilities 14 at any time. Typically, an operator would use the remote video controller 188 to look into a monitored facility 14 in response to an alarm or other alert condition. In one embodiment, the remote video control 188 is implemented as the prism MOLE software. The MOLE application allows full pan, tilt, and zoom camera control. In addition, the MOLE product supports black and white, color, and infrared video images and provides an intuitive graphical user interface (GUI) for remotely controlling the cameras.

The remote access controller 190 provides operators and subscribers with remote access functionality at the central host 16. As described in more detail below, this enables an operator at the central host 16 to control access doors at the monitored facilities 18 to allow ingress and egress of employees and other personnel. This subscriber 18 may use the remote access controller 190 to similarly control access doors at the monitored facility 18. The doors at monitored facilities 14 may include gates and other entry and exit ways.

The remote RFID controller 192 allows operators and subscribers to access and control an RFID system, or components of an RFID system at a monitored facility 14. For example, an operator at the central host 16 or a subscriber 18 may initiate polling operations at a monitored facility to track inventory at that facility 14. In this way, inventory may be remotely polled on a periodic basis, at specified times, or at any random time by the subscriber 18.

The central host 16 implements an Internet website to allow subscribers 18 to connect to the host and view the

US 7,286,158 B1

**9**

location data, video data, and process result data. In one embodiment, the subscriber **18** is given an authorization number to ensure privacy of the data being viewed. The website, or portal, may present options to the subscriber **18** for live video viewing at any location, viewing recorded video clips of key operational events, viewing data from location reads such as time and attendance by employees and asset movements, and viewing data from asset inventory polls. The subscribers **18** may also receive e-mail alerts which may include alarm messages of events that require immediate attention. The e-mail alerts may include video, snapshots, or clips of key events.

FIG. **4** is a flow diagram illustrating a method for providing identity verification services to subscribers **18** for RFID reads at a monitored facility **14** in accordance with one embodiment of the present invention. The method begins at step **200** in which a radio response is elicited from an RFID tag at an access door of a secure area of a monitored facility **14**.

Next, at step **202**, one or more video images of the wearer of the RFID tag is obtained from a camera covering the access door. The video image may be obtained in response to the radio response, authorized access, or an attempt at unauthorized access.

Proceeding to decisional step **204**, it is determined if the requested access is authorized based on the radio response from the RFID tag. If access is authorized, the Yes branch of decisional step **204** leads to step **206** in which the access door is opened. If access is not authorized, the No branch of decisional step **204** along with step **206** leads to step **208**.

At step **208**, the video image is stored with the RFID action to provide video verification of the event. The video image may be stored with the RFID action by being stored as part of a same file, database entry, linked, or otherwise associated with the action.

FIG. **5** illustrates a method for providing an alert notification service to subscribers **18** in accordance with one embodiment of the present invention. In this embodiment, the alert is initially generated at a monitored facility **18** by a local computer system and transferred to the central host **16** for processing and transmittal to the subscriber **18**. It will be understood that the alert may be generated by the central host **16** based on received and processed data. In this embodiment, information relevant to the alerts is preferably streamed from the monitored facilities **14** to the central host **16** for continuous processing.

Referring to FIG. **5**, the method begins at step **250** in which a location or other RFID event is received at a monitored facility **14**. Next, at decisional step **252**, it is determined whether the event is associated a pre-defined alert condition. The alert condition may be a burglar or fire alarm, or operational data above or below operational limits. If the event is not associated with an alert condition, no immediate notification to the subscriber **18** is necessary and the No branch of decisional step **252** leads to the end of the process. If the event is associated with an alert condition, the Yes branch of decisional step **252** leads to step **254**.

At step **254**, a video image providing information about the RFID event may be obtained. The video image may be obtained by triggering a camera covering an area in which the RFID event occurred or by retrieving video recorded at the time of the event. Next, at step **256**, notice of the alert and any attached video images are transmitted to the central host **14** for processing.

Proceeding to step **258**, the alert processor **184** at the central host **16** generates an e-mail to the subscriber providing notice of the alert condition. For example, the e-mail

**10**

may include a textural message indicating the monitored facility **14** at which the event occurred, the type of the event, and the time of the event. At step **260**, the video image is attached to the e-mail and the complete message transmitted to the subscriber **18** at step **262**. In this way, subscribers **18** are immediately notified of any events to which immediate action may be required.

FIG. **6** is a flow diagram illustrating a method for providing remote access services for subscribers **18** in accordance with one embodiment of the present invention. In this embodiment, requests for remote access are processed by the central host **16** and forwarded to the subscriber **18** for approval. It will be understood that an operator at the central host **16** may provide requested access based on instructions by the subscriber **18**.

Referring to FIG. **6**, the method begins at step **300** in which a request by a person to access a restricted area is received at a monitored facility **14**. At step **302**, a video image of the person requesting access is obtained. The video image may be obtained by triggering the camera covering the access door from which the request was received.

Proceeding to step **304**, the request and the video image are transmitted to the central host **16**. At the central host **16**, the remote access controller **190** generates an e-mail to the subscriber **18** providing notice of the request. At step **308**, the video image is attached to the e-mail and the completed e-mail transmitted to the subscriber at step **310**.

Next at decisional step **314**, if the subscriber grants the request, the Yes branch leads to step **316** in which the access door is remotely opened. The door may be opened by the subscriber **18** via the central host **16** or by an operator at the central host **16** in response to approval of the request by the subscriber **18**.

Step **316** as well as the No branch of decisional step **314** lead to the end of the process. In this way, after-hour deliveries and other access may be allowed without the need to maintain employees at a facility. Accordingly, operational expenses for the business are reduced.

FIG. **7** is a flow diagram illustrating a method for providing remote polling services for subscribers **18** in accordance with one embodiment of the present invention. The method begins at step **350** in which a polling event is received for an area at a monitored facility **18**. The polling event may be a specified time, the elapse of a period of time, or a response to a request by the subscriber **18** or an operator at the central host **16**. In addition, the polling event may be an RFID event within the area to be polled.

Next, at step **352**, a poll is conducted of the area for tagged inventory. In accordance with conventional radio tag operations, each tag responds to a polling event by identifying itself and providing any other relevant information. At step **354**, the results of the poll are transmitted to the central host **16** for processing. Proceeding to decisional step **356**, the central host **16** determines whether any inventory is missing. This may be accomplished by comparing the inventory results to previous inventory results and accounting for any items for which removal was authorized, such as sold items. If no inventory is missing, no notification to the subscriber is needed and the No branch of decisional step **356** leads to the end of the process. If inventory is missing, the Yes branch of decisional step **356** leads to step **358**.

At step **358**, the remote RFID controller **192** generates an e-mail to the subscriber **18** providing notice of the missing inventory. At step **360**, the controller **192** may attach a log of recent RFID activity in the area at which the missing inventory was discovered. The completed e-mail is transmitted to the subscriber **18** at step **362**. This way, a sub-

US 7,286,158 B1

11

scriber **18** may be immediately notified of any missing inventory and may take suitable action.

Although the present invention has been described with several embodiments, various changes and modifications may be suggested to one skilled in the art. It is intended that the present invention encompass such changes and modifications as fall within the scope of the appended claims.

What is claimed is:

**1**. A method for providing integrated remote monitoring services, comprising:

    receiving and storing radio frequency identification
    (RFID) data from an RFID system at a remote facility
    of a subscriber;
    receiving and storing video data from a video system at
    the facility;
    providing the subscriber with access to the stored RFID
    and video data;
    providing the subscriber with access to and control of a
    video camera in the video system at the facility; and
    processing the RFID data to generate a report for the
    subscriber.

**2**. The method of claim **1**, wherein the RFID and video information is received over the Internet and the subscriber is provided with access to the stored data and to the video camera through a web portal.

**3**. The method of claim **1**, further comprising processing the RFID data to determine whether an alert condition exists and notifying the subscriber if an alert condition exists.

**4**. The method of claim **3**, wherein the alert is a subscriber-defined alert.

**5**. The method of claim **3**, further comprising generating an e-mail and transmitting the e-mail to the subscriber to notify the subscriber of the alert condition.

**6**. The method of claim **3**, wherein the alarm condition comprises less than a minimum number of employees in attendance at the facility.

**7**. The method of claim **3**, wherein the alarm condition comprises less than a minimum number of employees performing a specified function.

**8**. The method of claim **1**, further comprising:

    initiating a polling event in response to a specified event,
    the polling event operable to use the RFID system at the
    facility to poll an area of the facility to determine an
    inventory of tagged items within the area; and
    receiving results of the polling event.

**9**. The method of claim **8**, wherein the specified event is a pre-defined time.

**10**. The method of claim **8**, wherein the specified event is a periodic event.

**11**. The method of claim **8**, further comprising:

    determining whether all items have been accounted for
    based on the polling results; and
    generating an alert in response to unaccounted for items.

**12**. The method of claim **1**, wherein the report is a subscriber-defined report.

12

**13**. The method of claim **1**, wherein the report comprises time and attendance records of the employees of the subscriber at the facility.

**14**. A method for providing identity verification for access to a secure area, comprising:

    eliciting a radio response from a radio frequency identi-
    fication (RFID) tag at an access door of a secure area;
    determining whether access by a wearer of the RFID tag
    to the secure area is authorized based on the radio
    response;
    recording a video image of the wearer of the RFID tag at
    the access door; and
    controlling access to the door to provide access to the
    secure area by the wearer only if access by the wearer
    is authorized.

**15**. The method of claim **14**, further comprising recording the video image in response to authorized access.

**16**. The method of claim **14**, further comprising recording the video image in response to an attempt at unauthorized access.

**17**. The method of claim **14**, further comprising recording the video image in response to the radio response from the RFID tag.

**18**. The method of claim **14**, further comprising recording a series of video images of the wearer of the RFID tag at the access door.

**19**. A method for remotely notifying a subscriber of an alert condition at a facility, comprising:

    receiving a radio frequency identification (RFID) action
    from an RFID system at a facility;
    determining whether the RFID action corresponds to a
    pre-defined alert condition;
    obtaining a video image associated with the RFID action
    only if the RFID action corresponds to a pre-defined
    alert condition; and
    electronically transmitting notice of the alert condition
    along with the video image for delivery to a manager of
    the facility.

**20**. The method of claim **19**, further comprising electronically mailing the notice of the alert condition along with the video image over the internet to the manager of the facility.

**21**. The method of claim **20**, further comprising obtaining and electronically transmitting a series of video images associated with the RFID action.

**22**. The method of claim **19**, wherein the RFID action comprises access to a specified area.

**23**. The method of claim **19**, further comprising:

    determining whether an expected RFID action has
    occurred by a specified time; and
    electronically transmitting a notice that the expected
    RFID action has not occurred to the manager of the
    facility in response to determining that the expected
    RFID action has not occurred.

* * * * *