## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing Defendant's Reply Brief in Support of Defendant's Motion to Dismiss complies with the type-volume requirements of the Court's November 10, 2022 Standing Order Regarding Briefing in All Cases. The text of the brief, including footnotes, was prepared in Times New Roman 14-point font and contains 2,497 words.

                                                */s/ Gabriela Z. Monasterio*
                                                Gabriela Z. Monasterio (#7240)
                                                monasterio@rlf.com

Dated: April 2, 2025