

Jason J. Rawnsley
Director
302-651-7550
rawnsley@rlf.com

June 2, 2025

**BY CM/ECF**
The Honorable Jennifer Choe-Groves
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

      Re:    Related *Inter Partes* Review (*Digital Media Technology Holdings, LLC v. Digital Cinema Distribution Coalition LLC*, C.A. No. 24-1321-JCG)

Dear Judge Choe-Groves:

I write on behalf of the defendant, Digital Cinema Distribution Coalition LLC, to inform the Court of an *inter partes* review proceeding related to this litigation. On October 3, 2024, the Patent Trial & Appeal Board granted a petition filed by Disney Media & Entertainment Distribution LLC[1] to institute *inter partes* review of U.S. Patent No. 7,574,725, which is also the sole asserted patent in the above-captioned litigation. *See* Ex. A (institution decision). Oral argument in that proceeding is scheduled to take place on July 9, 2025, and the deadline for the Final Written Decision is October 3, 2025.

Should Your Honor have any questions or concerns, counsel are available at the Court's convenience.

                        Respectfully,

                        */s/ Jason J. Rawnsley*

                        Jason J. Rawnsley (#5379)

---

[1] A related case in this district, *Digital Media Technology Holdings, LLC v. Disney Media & Entertainment Distribution LLC*, No. 1:22-cv-01642-CJB (D. Del.), is currently stayed pending the conclusion of this IPR.

cc: All Counsel of Record (via email)