# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC,<br><br>               Plaintiff,<br><br>     v.<br><br>DIGITAL CINEMA DISTRIBUTION COALITION LLC,<br><br>               Defendant. | C.A. No. 24-1321-JCG |

## [PROPOSED] ORDER

WHEREAS, the Court has considered Plaintiff Digital Media Technology Holdings, LLC's Motion requesting an exemption of persons from the District of Delaware's May 17, 2024, Standing Order on Personal Devices:

IT IS HEREBY ORDERED that the Motion is GRANTED, and that for purposes of the Wednesday, June 11, 2025 Oral Argument, the following persons are exempt from the District of Delaware's May 17, 2024, Standing Order and shall be permitted to retain and use their personal electronic devices:

- John C. Carey, admitted *pro hac vice*

SO ORDERED this _____ day of June, 2025

                                                                                      _____
                                                                                      The Honorable Jennifer Choe-Groves
                                                                                      United States District Judge