# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC,<br><br>         Plaintiff,<br><br>vs.<br><br>DIGITAL CINEMA DISTRIBUTION COALITION LLC,<br><br>         Defendant. | C.A. No. 1:24-cv-01321-JCG |

### DEFENDANT DIGITAL CINEMA DISTRIBUTION COALITION LLC'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES FOR ORAL ARGUMENT

Defendant Digital Cinema Distribution Coalition LLC ("DCDC") moves for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of the Motion, DCDC states as follows:

1.      The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require, *inter alia*, visitors to place personal electronic devices in a locked pouch

provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2. Oral argument on the Motion to Dismiss (D.I. 12) is currently scheduled for June 11, 2025 before Judge Jennifer Choe-Groves.

3. The following persons that intend to appear at the oral argument require access to their electronic devices, but do not have state issued bar cards or meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order:

- Patric M. Reinbold, attorney for DCDC (admitted *pro hac vice*)
- Xin-Yi Zhou, attorney for DCDC (admitted *pro hac vice*)

4. DCDC respectfully requests that the Court issue an order, in the form attached hereto, to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order.

Respectfully Submitted,

OF COUNSEL:

Xin-Yi Zhou
Ohona Chowdhury
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Tel: (213) 430-6000
vzhou@omm.com
ochowdhury@omm.com

Patric Reinbold
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
preinbold@omm.com

Dated: June 6, 2025

/s/ *Gabriela Z. Monasterio*
Jason J. Rawnsley (#5379)
Gabriela Z. Monasterio (#7240)
RICHARDS LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
rawnsley@rlf.com
monasterio@rlf.com

*Attorneys for Defendant Digital Cinema Distribution Coalition LLC*