# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>DIGITAL CINEMA DISTRIBUTION COALITION LLC,<br><br>      Defendant. | C.A. No. 1:24-cv-01321-JCG |

## [PROPOSED] ORDER GRANTING DEFENDANT DIGITAL CINEMA DISTRIBUTION COALITION LLC'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES <u>FOR ORAL ARGUMENT</u>

The Court having considered Defendant Digital Cinema Distribution Coalition LLC's Motion for Exemption of Persons from The District of Delaware's May 17, 2024 Standing Order on Personal Devices for Oral Argument (the "Motion"),

IT IS SO ORDERED this __6th__ day of __June_____, 2025 that:

1.    The Motion is GRANTED;

2.  For purposes of trial in the above-captioned case, the following persons are exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use their personal electronic devices:

- Patric M. Reinbold, attorney for DCDC (admitted *pro hac vice*)
- Xin-Yi Zhou, attorney for DCDC (admitted *pro hac vice*)

3.  Such persons listed in Paragraph 2 above shall present this Order, along with a valid photographic I.D., to the United States Marshalls upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

/s/ Jennifer Choe-Groves
The Honorable Jennifer Choe-Groves
United States District Judge