

Jason J. Rawnsley
Director
302-651-7550
rawnsley@rlf.com

August 26, 2025

**BY CM/ECF**
The Honorable Jennifer Choe-Groves
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

      Re:    **Final Written Decision in Related *Inter Partes* Review (*Digital Media Technology Holdings, LLC v. Digital Cinema Distribution Coalition LLC*, C.A. No. 24-1321-JCG)**

Dear Judge Choe-Groves:

I write on behalf of the defendant, Digital Cinema Distribution Coalition LLC ("DCDC"), to inform the Court that in IPR2024-00736, *Disney Media & Entertainment Distribution LLC v. Digital Media Technology Holdings, LLC*, the Patent Trial & Appeal Board has determined that all claims challenged in the proceeding, *i.e.*, claims 1, 4–7, 9, and 11 of U.S. Patent No. 7,574,725, are unpatentable. *See* Ex. A (Final Written Decision dated August 25, 2025).

In the above-captioned litigation pending before Your Honor, DCDC has challenged claims 1 to 12 as unpatentable under 35 U.S.C. § 101. *See* D.I. 12–13, 19–20, 28 (motion to dismiss briefing and transcript).

Should Your Honor have any questions or concerns, counsel are available at the Court's convenience.

                Respectfully,

                */s/ Jason J. Rawnsley*

                Jason J. Rawnsley (#5379)

cc:    All Counsel of Record (via email)