# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC,**<br><br>　　Plaintiff,<br><br>v.<br><br>**DIGITAL CINEMA DISTRIBUTION COALITION,**<br><br>　　Defendant. | Court No. 1:24-cv-01321-JCG |

## JUDGMENT

In accordance with the Court's Opinion and Order entered concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judgment be entered in favor of Defendant Digital Cinema Distribution Coalition and that this case be DISMISSED.

IT IS SO ORDERED this 24th day of September, 2025.

/s/ Jennifer Choe-Groves
Jennifer Choe-Groves
U.S. District Court Judge*

---

* Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.