## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITAL MEDIA TECHNOLOGY HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DIGITAL CINEMA DISTRIBUTION COALITION LLC,<br><br>    Defendant. | C.A. No. 24-1321-JCG |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that, pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(A), plaintiff Digital Media Technology Holdings, LLC appeals to the United States Court of Appeals for the Federal Circuit from the opinion and order granting defendant's motion to dismiss and the judgment in defendant's favor entered on September 24, 2025. (D.I. 30; D.I. 31)

Dated: October 23, 2025

*Of Counsel:*

John C. Carey
**CAREY RODRIGUEZ LLP**
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
(305) 372-7474
jcarey@careyrodriguez.com

Respectfully submitted,

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Robert J. Katzenstein (No. 378)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
rjk@skjlaw.com
dat@skjlaw.com

*Attorneys for Plaintiff Digital Media Technology Holdings, LLC*